Letter To The Court                     8-20-2020

These are trying times and more than a tragedy. Covid-19 is devastating and continuing affect many people, as it continue to spread rapidly. There is currently no specific treatment for or vaccine to prevent Covid-19. The best way to prevent illness is to avoid being exposed to this virus, keep space between yourself and others, avoid people who are sick and avoid sharing personal household items. Social Distancing is practice of increasing the space between individuals and decreasing the frequency of contact to reduce the risk of spreading a disease (ideally to maintain atleast 6 feet between all individuals, even those who are asymptomatic). Social distancing strategies can be applied on an individual level. Symptoms of Covid-19 include fever, cough, lost of taste, and shortness of breath. Like other respiratory infections, Covid-19 can vary in severity from mild to severe. When severe, pneumonia, respiratory failure, and death are possible. The lack of testing here at F.C.I Coleman Medium is a "debacle". The quarantine policies at F.C.I Coleman put inmates and the community at greater risk of contracting Covid-19. I have witness several inmates get sick from the virus and when

Page 1 of 3

one of the staff will move him to A1 to further quarantine for 14 days, without recieving no medication and leave his cellmate in their 6x9 cell as if he hasn't contracted the virus. This inmate then inneracts and come in contact with other inmates at shower time and phone time. There has been several inmates hospitalize with severe illness from Covid-19. On August 6 I was throwed in a 6x9 cell with 3 inmates, which is unconstitutionally and do to an concern staff one inmate was moved. We are on top of each other in here. When my cellmate sneeze, burp, and pass gas I can't avoid it. It is like we is animals waiting to be slaughtered. I live in fear everyday of contracting the virus, not being able to see my family and kids again. BOP communication policies are leaving our families in the dark about us, the potentially life threatening condition. My family have tried continuously to call FCI Coleman, regional office and central office to get no answer. FCI Coleman has violated the 8th Amendment. I pray this Honorable Court see the importance of my situation and the danger of it and don't judge me by my

past. Life is present and the future, not the past. If my past is what dictate the safety of my health, then its possible I will contract Covid-19 and my sentence of 56 months will end up being a death sentence. Do to many years of drug abuse I caused my heart great damage, and with my long term pre-existing medical conditions Covid-19 would do me great harm, or perhaps cause me to die. How could this be explained to my kids? My kids are my everything and the reason I have been striving to change. I don't have my parents and I know the pain of not having them. Both of my parents died a violent death at a young age. The absence of them altered my life. My kids need me and me not being there is affecting their life. I pray this Honorable Court take consideration my life, also my family and kids. All we have is hope and prayers. I appreciate the compassion and leniency this Honorable Court showed me. May God guide and protect this Honorable Court judgement.

Sincerely,
Hervern Jackson

Page 3 of 3

Movious Jackson 17483-104
Federal Correctional Complex
Coleman Medium
P.O. Box 1032
Coleman, Fla. 33521



United States District Cou.
Southern District of Florid
Office of the Clerk
701 Clematis Street, Room
West Palm Beach, Fla. 33

Legal Mail